INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

David Thomas Harris Brantley
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Canadian Government
United States Government
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:23-cv-00055-TWP-KMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

FILED
APR 10 2023
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: David Thomas Harris Brantley
Street Address: 3501 Saint Andrews Village Circle
City and County: Louisville Kentucky
State and Zip Code: 40241
Telephone Number: 720-641-7495
E-mail Address: dbran53078@aol.com

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: United States Government
Job or Title (if known):
Street Address: 1600 Pennsylvania Avenue, N.W.
City and County: Washington,
State and Zip Code: DC 20500
Telephone Number: 202-456-1111   202-456-1414
E-mail Address (if known): www.whitehouse.gov

Defendant No. 2

Name: Canadian Government
Job or Title (if known):
Street Address: 80 Wellington Street
City and County: Ottawa  Canada
State and Zip Code: Ontario   K1A 0A2
Telephone Number: 1-800-622-6232
E-mail Address (if known): www.canada.ca

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

Defendant No. 3

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual:  
    The plaintiff, *(name)* David Thomas Harris Brantley, is a citizen of the State of *(name)* Kentucky United State is a citizen of *(foreign nation)* United States of America.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

b. If the plaintiff is a corporation:

The plaintiff, *(name)* _____, in incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual:

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation:

   The defendant, *(name)* **United States Government**, in incorporated under the laws of the State of *(name)* **ALL**, and has its principal place of business in the State of *(name)* **ALL**.

   Or is incorporated under the laws of *(foreign nation)* **United States of America**, and has its principal place of business in *(name)* **United States Government**.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Ten thousand US dollars per hour
   Basis - Scottish Rite Slavery Wage - Atrocity level
   - Modern Slave Act

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Return of two genetic children
- Ten thousand per hour, US dollars, for total time involved in said events
- Masonic Atrocity Wage - Modern Slave Act

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-10-2023

Signature of Plaintiff: [signature] TH

Printed Name of Plaintiff: Davidia Brantley

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## NOTICE TO PLAINTIFF REGARDING SERVICE OF SUMMONS AND COMPLAINT

The Court is providing you, the Plaintiff, important information about notifying the Defendants that your lawsuit has been filed. Please read it carefully.

Federal Rule of Civil Procedure 4 requires that the defendants must be notified of your lawsuit against them. This must be done within 90 days after you file your complaint or after your *in forma pauperis* motion is ruled on if you filed a motion to proceed without prepaying the filing fee ("IFP"). Notifying the defendants is done by providing the defendants with a document called a "summons" along with a copy of your complaint. This is called "service." **It is your responsibility to provide the correct name and address of the person to receive service**. If you are granted IFP status, the Court will serve the defendants on your behalf. **If you are not proceeding IFP, you are responsible for seeing that the defendants are properly served.**

### Service if you are not proceeding IFP

It is very important to read Federal Rule of Civil Procedure 4 closely. The Federal Rules of Civil Procedure can be found here: www.law.cornell.edu/rules/frcp. Rule 4 contains many requirements that must be met for service to be properly accomplished. Improper service may result in the dismissal of your case.

You must present a separate, completed summons form for each defendant in our case to the Clerk for endorsement. The summons form can be found on the Court's website at www.insd.uscourts.gov/forms/local-forms/civil_forms. Rule 4 tells you how the summons must be completed. If the summons is completed properly, the Clerk will "issue" it – by stamping it and providing a copy to you. Keep the second page of the


UNITED STATES DISTRICT COURT - Southern District of Indiana          Page 1 of 2

summons (the "Proof of Service" page) so that you can file it with the Court after service has been completed.

It is your responsibility to arrange for service – that is, providing the summons and a copy of your complaint to each defendant by a method specified in Rule 4. Note that whatever delivery method you choose, delivery must be completed by a person at least 18 years of age and NOT a party to the action. This means that you – the Plaintiff in the case – cannot serve the summons yourself, whether by certified mail or another method.

Once service has been completed, the person who performed service must complete and sign the "Proof of Service" page. You must file the Proof of Service page with the Court. Make sure you write your case number at the top of the page.

Alternatively, you may formally request, by motion filed with the Court, that the Court "order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Rule 4(c)(3). Your motion must include proper person to receive service and the address at which process should be served. If the court grants your request, you will be responsible for a paying all costs associated with service, which may include fees for postage, fees of the server to travel and make personal service, or other costs.



2. The Defendant(s)

b. If the defendant is a corporation:

The defendent, (name) <u>Canadian Government</u>, in incorporated under the laws of the State of (name) <u>All</u>, and has its principal place of business in the State of (name) <u>All</u>, On is incorporated Under the laws of (foreign nation) <u>Canada</u> and has its principal place of business in (name) <u>Canadian Government</u>.

# III. Statement of Claim

- <u>Perceptive Evidence</u>, genetic Masonic Buddhist, of childhood in Toronto Canada said kidnapping and Proceeding life in United States.

- Loss of Parental Rites - Jefferson County Attorneys office, Louisville Ky - Without said Pedophilia conviction.

- Childhood Rape with Hospital admits and Surgery. Kosair Childrens Hospital - Punctured Lung, Jewish Hospital - left Knee Surgery to remove broken hypodermic Needle.

- <u>Unindicted</u> - Federal Grande Jury fifth district appoximately 2008.

- Use of informants for said arrest 1985 without actual Police and Miranda Rites.

- Heroine Test, Jefferson County Police Louisville Kentucky. Apprehended at Religious Practice. Tested Blood/Urine without Material Evidence. <u>Passed</u> and released.

- Recruited unsuccessfuly to NDSL, National Leadership Seminar as a Youth in Boy Scouts of America. Neo Nazi Youth Program.

- Present in mutiple surgical Proceedures while Medtronic <u>Infuse</u> Bone Morphogenic Protien was used and promoted off lable.

- Attended Sophomore/Danek sales training pre 1998 Olive Branch Mississippi.

- Loss off employment - Olympus Biotech for underperformance. Only promoted and did on lable cases - Femoral Non-Unions.

- Independent Contractor Sophomor/Danek Pre 1998 when <u>Infuse</u> Bone Morphogenic Protien was first liscenced. Pre off lable Marketing.

- Johnson and Johnson Independent contractor for twelve plus years. Not recognized as pensioned at six years.

- Johnson and Johnson off lable marketing literature of Healos/Cellect as autograft replacement. FDA cleared a Bone Void Filler.

- Childhood taken to multiple Alcoholics Anonymous / Al Anon meeting but not for treatment - pedophilia.

- Pyronox - Fire proof safes and files as <u>child</u> - John D. Brush Company, Fire King International and Kentucky Safe.

- Biomet Spine disolution of contract without cause. Two year contract - Second year unpaid balance $ Two Hondred and Twenty Thousand Dollars.

- Mike O'Comnell campaign forced donations from spouse to keep employment.

- First Wife sister force pedophilia for approximately four years most days after school.

- Brain Washing Video - Bruce Cohen - with Animals

- Genetic Testing was never produced for marital couple and children per devorce.

- State of Poverty per legal definition.

- Out sourced police dogs at concert venue in Boulder Colorado.

- Insulflation of pigs at a surgeon training lab at Ethicon Johnson and Johnson, Blue Ashe Ohio.